HERMINA C. RODRIGUEZ V. TRAVIS LIFE INSURANCE COMPANY.

No. A-7488. Decided October 21, 1959.
(328 S.W. 2d Series 434)

*M. N. Garcia,* of Austin, for petitioner.

*O'Quinn, McDaniel & Randle* and *Howell Finch,* all of Austin, for respondents.

PER CURIAM:

The only point brought to this Court assigns error to the construction by the Court of Civil Appeals of Article 3737e, Vernon's Texas Civil Statutes. It is our view that the statute has been correctly construed by that court in its opinion published in 326 S.W. 2d at page 256. Accordingly, the application for writ of error is refused. No reversible error.

Opinion delivered October 21, 1959.